IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ARTHUR F. LESSER, IV ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:18-cv-00824-TWT |
| ) | |
| RELIANCE STANDARD LIFE ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant ) | |

## ORDER

Having read the foregoing Consent Motion, and for Good Cause shown, the time in which to submit Substantive Motions is hereby extended up to and including November 15, 2018 and all other deadlines are moved forward correspondingly.

SO ORDERED this 9th day of October, 2018.

**/s/Thomas W. Thrash**
THE HONORABLE THOMAS W. THRASH, JR.
United States District Judge